**Diamond D. BLAIR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79588**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 28, 2017

Mark A. Grothoff, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, Christine Lesicko, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Mr. Diamond Blair appeals from the Judgment of the Circuit Court of Jackson County, Missouri, following an evidentiary hearing, denying his Rule 29.15 amended motion for post-conviction relief seeking to set aside his convictions for felony murder and armed criminal action based on ineffective assistance of trial counsel. Because a published opinion would have no precedential value, we have instead provided a

memorandum of law to the parties. The judgment is affirmed. Rule 84.16(b).